```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NAKESHA SHARRIEFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-422 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| NAKESHA SHARRIEFF and THOMAS KEYS, JR., | ) |
| | ) Date:  November 30, 2009 |
| | ) Time:  9:00 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Jean Hobler, Assistant United States Attorney, Caro Marks, attorney for defendant Nakesha Sharrieff, and Erin Radekin, attorney for defendant Thomas Keys, Jr. as follows:

The Status Conference date of October 26, 2009, should be continued until November 30, 2009.

The reason for the continuance is that on October 22, 2009 the defense received 1,700 pages of discovery.  Counsel needs time to print it out from disk, copy it, read it, deliver it to the clients, and review it with their clients.  The discovery is also likely to lead to investigation and/or research.  Defense counsel will not have read the

1  discovery, and the defendants will not even have seen it, by October
2  26, 2009. The defense needs time to read the discovery and accordingly,
3  prepare the case.
4        IT IS THEREFORE STIPULATED that the period from the date of the
5  signing of this Stipulation up to and including November 30, 2009, be
6  excluded in computing the time within which trial must commence under
7  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)
8  and Local Code T4, to permit necessary preparation by defense counsel.
9  Dated:   October 22, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        NAKESHA SHARRIEFF


Dated: October 22, 2009                 /s/ Erin Radekin
                                        ERIN RADEKIN
                                        Attorney for Defendant
                                        THOMAS KEYS, JR.

Dated:  October 22, 2009

                                        LARRY G. BROWN
                                        Acting United States Attorney


                                        /s/ Jean Hobler
                                        _____
                                        JEAN HOBLER
                                        Assistant U.S. Attorney

Sharrieff s/o                   -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for October 26,2009, be continued to November 30, 2009, at 8:30 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this Stipulation up to and including the November 30, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED**.

Dated: October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Sharrieff s/o                              -3-