```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   NAKESHA SHARRIEFF
7
8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,      ) No. CR-S-09-422 WBS
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER TO CONTINUE
14     v.                         ) STATUS CONFERENCE
                                  )
15 NAKESHA SHARRIEFF and THOMAS   )
   KEYS, JR.,                     ) Date:  November 30, 2009
16                                ) Time:  9:00 a.m.
                Defendants.       ) Judge: Hon. William B. Shubb
17 _____)
```

18     It is hereby stipulated between the parties, Jean Hobler,
19 Assistant United States Attorney, Caro Marks, attorney for defendant
20 Nakesha Sharrieff, and Erin Radekin, attorney for defendant Thomas
21 Keys, Jr. as follows:
22     The Status Conference date of October 26, 2009, should be
23 continued until November 30, 2009.
24     The reason for the continuance is that on October 22, 2009 the
25 defense received 1,700 pages of discovery.  Counsel needs time to print
26 it out from disk, copy it, read it, deliver it to the clients, and
27 review it with their clients.  The discovery is also likely to lead to
28 investigation and/or research.  Defense counsel will not have read the

1  discovery, and the defendants will not even have seen it, by October
2  26, 2009. The defense needs time to read the discovery and accordingly,
3  prepare the case.
4       IT IS THEREFORE STIPULATED that the period from the date of the
5  signing of this Stipulation up to and including November 30, 2009, be
6  excluded in computing the time within which trial must commence under
7  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)
8  and Local Code T4, to permit necessary preparation by defense counsel.
9  Dated:   October 22, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
NAKESHA SHARRIEFF

Dated: October 22, 2009         /s/ Erin Radekin
                                ERIN RADEKIN
                                Attorney for Defendant
                                THOMAS KEYS, JR.

Dated: October 22, 2009

LARRY G. BROWN
Acting United States Attorney

/s/ Jean Hobler
_____
JEAN HOBLER
Assistant U.S. Attorney

Sharrieff s/o                   -2-

1 **ORDER**

2     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the hearing presently set for October 26,2009, be
4 continued to November 30, 2009, at 8:30 a.m.  Based on the
5 representations of defense counsel and good cause appearing therefrom,
6 the Court hereby finds that the failure to grant a continuance in this
7 case would deny defense counsel reasonable time necessary for effective
8 preparation, taking into account the exercise of due diligence.  The
9 Court finds that the ends of justice to be served by granting a
10 continuance outweigh the best interests of the public and the defendant
11 in a speedy trial.  It is ordered that time from the date of the
12 signing of this Stipulation up to and including the November 30, 2009
13 status conference shall be excluded from computation of time within
14 which the trial of this matter must be commenced under the Speedy Trial
15 Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense
16 counsel time to prepare.

17     **IT IS SO ORDERED**.

19 Dated: October 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Sharrieff s/o                   -3-