```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NAKESHA SHARRIEFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-422 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| NAKESHA SHARRIEFF, THOMAS KEYS, ) | |
| JR., and JARMAL DUPLESSIS, ) | Date: January 11, 2010 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

It is hereby stipulated between the parties, Jean Hobler, Assistant United States Attorney, Caro Marks, attorney for defendant Nakesha Sharrieff, Erin Radekin, attorney for defendant Thomas Keys, Jr., and Michael E. Hansen, attorney for defendant Jarmal Duplessis, as follows:

The Status Conference date of November 30, 2009, should be continued until January 11, 2010.

The reason for the continuance is to allow defense counsel and defendants to finish reading and analyzing the 1700 pages of discovery received from the government on October. On October 28, counsel for defendant Sharrieff delivered the discovery to the defendant at the

1  Nevada City Jail, where she is detained. That jail has regulations
2  governing how much paper an inmate may have in her possession at any
3  one time.  An inmate at the Nevada City Jail is allowed to possess no
4  more than two inches of paper at a time, so defense counsel negotiated
5  a compromise with the jail officials which results in the jail's
6  agreement to store all the discovery for Ms. Sharrieff, and to give it
7  to her two inches at a time so she could read it. She has not finished
8  reading it. All defense counsel need additional time to discuss the
9  discovery with their respective clients, and all parties need time to
10 discuss possible settlement of the case.
11     In addition, counsel for the government informed defense counsel
12 that there was a small amount of discovery still outstanding.  Once
13 counsel receive it, they must read it and discuss it with the
14 defendants.  Therefore, counsel request additional time for preparation
15 of the case.
16      IT IS THEREFORE STIPULATED that the period from the date of the
17 signing of this Stipulation up to and including January 11, 2010, be
18 excluded in computing the time within which trial must commence under
19 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)
20 and Local Code T4, to permit necessary preparation by defense counsel.
21 Dated:   November 23, 2009

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /S/ Caro Marks
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    NAKESHA SHARRIEFF

Sharrieff s/o                       -2-

```
 1  Dated: November 23, 2009          /s/ Erin Radekin
                                      ERIN RADEKIN
 2                                    Attorney for Defendant
                                      THOMAS KEYS, JR.
 3

 4  Dated: November 23, 2009          /s/ Michael E. Hansen
                                      MICHAEL E. HANSEN
 5                                    Attorney for Defendant
                                      Jarmal Duplessis
 6


 7  Dated:  November 23, 2009
 8
                                      BENJAMIN B. WAGNER
 9                                    United States Attorney

10
                                      /s/ Jean Hobler
11                                    JEAN HOBLER
                                      Assistant U.S. Attorney
12
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing presently set for November 30, 2009, be continued to January 11, 2010, at 8:30 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this Stipulation up to and including the January 11, 2010 status conference shall be excluded from computation of time within

Sharrieff s/o                         -3-

1 which the trial of this matter must be commenced under the Speedy Trial
2 Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense
3 counsel time to prepare.
4 **IT IS SO ORDERED.**

6 Dated: November 23, 2009

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE