1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 916.438.7711 FAX 916.438.7721

4 Attorney for Defendant
JARMAL DUPLESSIS
5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                     No. Cr. S-09-0422 WBS

11                         Plaintiff,            **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

12       vs.
                                                Date: January 11, 2010
13 JARMAL DUPLESSIS, et al.,                    Time: 8:30 a.m.
                                                Judge: Hon. William B. Shubb
14                         Defendants.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff,

18 Michael E. Hansen, attorney for defendant Jarmal Duplessis, Caro Marks, attorney for

19 defendant Nakesha Sharrieff, and Erin Radekin, attorney for defendant Thomas Keys, Jr.., that

20 the previously scheduled status conference date of January 11, 2010, be vacated and the matter

21 set for status conference on March 29, 2010, at 8:30 a.m.

22       This continuance is requested to allow defense counsel to continue their review the

23 1,700 pages of discovery received to date, and to allow all parties to discuss possible settlement

24 of the case.

25       Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act

26 from the date this stipulation is lodged, through March 29, 2010, should be excluded in

27 / / / / /

28 / / / / /

1

**Stipulation and Order to Continue Status Conference**

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: January 8, 2010                                          Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JARMAL DUPLESSIS

Dated: January 8, 2010                                          /s/ Caro Marks
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
NAKESHA SHARRIEFF

Dated: January 8, 2010                                          /s/ Erin Radekin
ERIN RADEKIN
Attorney for Defendant
THOMAS KEYS, JR.

Dated: January 8, 2010                                          /s/ Jean Hobler
JEAN HOBLER
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), and Local Code T4.

Dated: January 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**