1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JARMAL DUPLESSIS

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          No. Cr. S-09-0422 WBS

11                      Plaintiff,     **STIPULATION AND ORDER TO**
                                       **CONTINUE STATUS CONFERENCE**
12       vs.
                                       Date:  March 29, 2010
13  JARMAL DUPLESSIS, et al.,          Time:  8:30 a.m.
                                       Judge: Hon. William B. Shubb
14                      Defendants.

15

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff,

18  Michael E. Hansen, attorney for defendant Jarmal Duplessis, Caro Marks, attorney for

19  defendant Nakesha Sharrieff, and Erin Radekin, attorney for defendant Thomas Keys, Jr.., that

20  the previously scheduled status conference date of March 29, 2010, be vacated and the matter

21  set for status conference on May 3, 2010, at 8:30 a.m.

22        This continuance is requested to allow defense counsel to continue their review of the

23  1,700 pages of discovery received to date, and to allow all parties to discuss possible settlement

24  of the case.

25        Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act

26  from the date this stipulation is lodged, through May 3, 2010, should be excluded in computing

27  / / / / /

28  / / / / /

1

**Stipulation and Order to Continue Status Conference**

1   time within which trial must commence under the Speedy Trial Act, pursuant to Title 18

2   U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

3   Dated:  March 24, 2010                                    Respectfully submitted,

4
                                                               /s/ Michael E. Hansen
5                                                              MICHAEL E. HANSEN
                                                               Attorney for Defendant
6                                                              JARMAL DUPLESSIS

7
    Dated:  March 24, 2010                                    /s/ Caro Marks
8                                                              CARO MARKS
                                                               Assistant Federal Defender
9                                                              Attorney for Defendant
                                                               NAKESHA SHARRIEFF
10

11  Dated:  March 24, 2010                                    /s/ Erin Radekin
                                                               ERIN RADEKIN
12                                                             Attorney for Defendant
                                                               THOMAS KEYS, JR.
13

14  Dated:  March 24, 2010                                    /s/ Jean Hobler
                                                               JEAN HOBLER
15                                                             Assistant U.S. Attorney
                                                               Attorney for Plaintiff
16

17

18                                            ORDER

19          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

20  §§  3161(H)(7)(A)  and  (B)(iv),  and  Local  Code  T4.    The  previously  scheduled  status

21  conference date of March 29, 2010 is vacated and the matter set for status conference on May

22  3, 2010, at 8:30 a.m.

23

24  Dated:  March 25, 2010

25

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
27

28

                                              2

**Stipulation and Order to Continue Status Conference**