**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS KEYS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  09-CR-0422 WBS |
| Plaintiff, | |
| v. | |
| THOMAS KEYS, et al. | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE; STIPULATION AND [PROPOSED] ORDER** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jean Hobler, defendant, Nakesha Sharrieff, by and through her counsel, Caro Marks, defendant Jarmal Duplessis, by and through his counsel, Michael E. Hansen, and defendant Thomas Keys, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 3, 2010 at 8:30 a.m., in the above-captioned matter, and to continue the status conference to July 12, 2010 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that additional time is needed for defense preparation and plea negotiations.  The Court is advised that the government, Mr. Hansen and Ms. Marks concur with this request, and that Ms. Hobler, Mr. Hansen, and Ms. Marks have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until July 12, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 30, 2010                                    BENJAMIN WAGNER
                                                         United States Attorney

                                                   By:      /s/ Jean Hobler
                                                         JEAN HOBLER
                                                         Assistant United States Attorney

Dated: April 30, 2010                                        /s/ Erin J. Radekin
                                                         ERIN J. RADEKIN
                                                         Attorney for Defendant
                                                         THOMAS KEYS

Dated: April 30, 2010                                        /s/ Caro Marks
                                                         CARO MARKS
                                                         Attorney for Defendant
                                                         NAKESHA SHARRIEFF

Dated: April 30, 2010                                        /s/ Michael Hansen
                                                         CARO MARKS
                                                         Attorney for Defendant
                                                         JARMAL DUPLESSIS

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of May 3, 2010 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 12, 2010 at 8:30 a.m. The court finds excludable time in this matter through July 12, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For

1 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
2 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
3 3161(h)(7)(A), (h)(7)(B)(iv).
4 IT IS SO ORDERED.
5 Dated:   April 30, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE