1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744



FILED
JUN 0 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAKESHA SHARRIEFF,<br>JAMAL DUPLESSIS,<br>THOMAS KEYS,<br>JEWEL MINOR,<br>HOA TASHA KELLY, and<br>TEAONA WILLIAMS,<br><br>    Defendants. | CR. NO. S-09-0422 WBS<br><br>Request For Unsealing of Superseding Indictment and [~~proposed~~] Order<br>D+O |

TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On May 27, 2010, this Court issued an order sealing the Superseding Indictment in the above-referenced case until the arrests of the defendants or further order of the Court.

2. On June 2, 2010, one of the above-referenced defendants was

arrested and there is no longer a compelling need to keep the Superseding Indictment sealed.

THEREFORE, your petitioner prays that the aforesaid Superseding Indictment, as well as the Petition to Seal the Superseding Indictment, and the Order sealing the Superseding Indictment be unsealed and made part of the public record.

Dated: June 2, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

by: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

The Court hereby orders that the Superseding Indictment in case no. S-09-0422 WBS, as well as the Petition to Seal the Superseding Indictment, and the Order sealing the Superseding Indictment shall be unsealed and made part of the public record.

DATED: 6/2/10

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge