# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:09-CR-422 WBS
     )
Nakesha Sharrieff, et al

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **Jarmal Duplessis**

Detained at (custodian): **Sacramento County Jail** (Main)

Detainee is:    a.)  ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
Charging Detainee With: **Conspiracy to Commit Student Loan Fraud (20 USC 1097(a)) in violation of 18 USC 371**

    or    b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ *Jean M. Hobler*
Printed Name & Phone No: **Jean M. Hobler, 916-554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 18, 2010
Date                          U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-4030289/09495138 | DOB: | 03/30/88 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, CA | FBI #: | |
| Facility Phone: | 916.874.6752 | | |
| Currently Incarcerated For: | PC 273.5(A) Misdemeanor, Corporal Injury on Spouse or Cohabitant | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                         (Signature)

Revised 11/19/97