**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS KEYS

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  09-CR-0422 WBS |
| Plaintiff, | |
| v. | |
| THOMAS KEYS, et al. | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE; STIPULATION AND [PROPOSED] ORDER** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jean Hobler, defendant, Nakesha Sharrieff, by and through her counsel, Caro Marks, defendant, Jarmal Duplessis, by and through his counsel, Michael E. Hansen, defendant, Thomas Keys, by and through his counsel, Erin J. Radekin, defendant, Jewel Minor, by and through her counsel, Donald Dorfman, defendant, Teaona William, by and through her counsel, Robert M. Holley, and defendant, Hoa Tasha Kelly, by and through her counsel, Toni Hudgins Carbone, agree and stipulate to vacate the date set for status conference, July 12, 2010 at 8:30 a.m., in the above-captioned matter, and to continue the status conference to July 26, 2010 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that additional time is needed for defense preparation and plea negotiations.  The Court is advised that Ms. Hobler, Ms. Marks, Mr. Hansen, Mr. Dorfman, Mr. Holley, and Ms. Carbone concur with this request and have authorized Ms. Radekin to sign this

1  stipulation on their behalf.

2      The parties further agree and stipulate that the time period from the filing of this stipulation
3  until July 26, 2010 should be excluded in computing time for commencement of trial under the
4  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
5  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
6  preparation. It is further agreed and stipulated that the ends of justice served in granting the request
7  outweigh the best interests of the public and the defendant in a speedy trial.

8      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10 Dated: July 9, 2010      BENJAMIN WAGNER
    United States Attorney

11
    By: /s/ Jean Hobler
12     JEAN HOBLER
    Assistant United States Attorney

13

14 Dated: July 9, 2010      /s/ Erin J. Radekin
    ERIN J. RADEKIN
15     Attorney for Defendant
    THOMAS KEYS

16
Dated: July 9, 2010      /s/ Caro Marks
17     CARO MARKS
    Attorney for Defendant
18     NAKESHA SHARRIEFF

19
Dated: July 9, 2010      /s/ Michael E. Hansen
20     MICHAEL E. HANSEN
    Attorney for Defendant
21     JARMAL DUPLESSIS

22
Dated: July 9, 2010      /s/ Donald Dorfman
23     DONALD DORFMAN
    Attorney for Defendant
24     JEWEL MINOR

25 Dated: July 9, 2010      /s/ Robert M. Holley
    ROBERT M. HOLLEY
26     Attorney for Defendant
    TEAONA WILLIAM

27 / / /

28 / /

1 | Dated: July 9, 2010                               /s/ Toni Hudgins Carbone
2 |                                                  TONI HUDGINS CARBONE
  |                                                  Attorney for Defendant
  |                                                  HOA TASHA KELLY

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 12, 2010 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 26, 2010 at 8:30 a.m. The court finds excludable time in this matter through July 26, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-