1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  NAKESHA SHARRIEFF

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,      ) No. CR-S-09-422 WBS
12                                 )
                   Plaintiff,      )
13                                 ) STIPULATION AND [~~PROPOSED~~]ORDER
         v.                        ) TO CONTINUE SUBSTITUTION OF
14                                 ) COUNSEL HEARING
   NAKESHA SHARRIEFF,              )
15                                 ) Date:  August 23, 2010
                   Defendant.      ) Time:  8:30 a.m.
16                                 ) Judge: Hon. William B. Shubb
   _____ )
17

18       It is hereby stipulated between the parties, Jean Hobler,

19  Assistant United States Attorney, Caro Marks, attorney for defendant

    Nakesha Sharrieff,as follows:
20

21       The substitution of counsel hearing date of August 2, 2010, should

    be continued until August 23, 2010.
22

23       The reason for the continuance is that due to preset court dates,

24  new defense counsel, Dan Koukol, is unable to personally substitute

    into the case until August 23, 2010.
25

26       Undersigned defense counsel and Mr. Koukol have already begun to

    discuss the case, and undersigned defense counsel intends to provide
27

    Mr. Koukol with the voluminous discovery in the case as well as the
28

1  substantial research already completed.  So for purposes of the Speedy

2  Trial Act, the parties stipulate that the period from the date of the

3  signing of this stipulation up to and including August 23, 2010, be

4  excluded in computing the time within which trial must commence under

5  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)

6  and Local Code T4, to permit necessary preparation by defense counsel.

7  Dated:  July 27, 2010

8                                     Respectfully submitted,

9                                     DANIEL BRODERICK
                                      Federal Defender
10

11                                    /S/ Caro Marks_____
                                      CARO MARKS
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    Nakesha Sharrieff

14

15

16

17
   Dated:  July 27, 2010
18
                                      BENJAMIN B. WAGNER
19                                    United States Attorney

20
                                      /s/ Jean Hobler_____
21                                    JEAN HOBLER
                                      Assistant U.S. Attorney
22

23

24

25

26                                   **ORDER**

27       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

28  ordered that the hearing presently set for August 2, 2010, be continued

   Sharrieff s/o                    -2-

to August 23, 2010, at 8:30 a.m.  Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this Stipulation up to and including the August 23, 2010 substitution of counsel hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

**IT IS SO ORDERED.**

Dated: July 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE