TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
HOA TASHA KELLY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-422 WBS |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| SHARRIEFF et al, | |
| Defendants. | |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for January 10, 2011.  Counsel for the defendants and Government request that the date for status be continued to February 28, 2011 at 8:30am due to ongoing settlement negotiations.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 28, 2011 .

//

//

1

//

//

    3.    The parties agree to continue the status conference to February 28, 2011 at 8:30 am.

Dated:  January 6, 2011                                       //s/ Toni Carbone
                                                                                    TONI CARBONE
                                                                                    Attorney for defendant
                                                                                    Hoa Tasha Kelly

Dated:  January 6, 2011                                         //s/ Dan Koukol
                                                                                    DAN KOUKOL
                                                                                    Attorney for defendant
                                                                                    Nakesha Sharrieff

Dated:  January 6, 2011                                         //s/ Robert Holley
                                                                                    ROBERT HOLLEY
                                                                                    Attorney for defendant
                                                                                    Teaona William

Dated: January 6, 2011                                          /s/ Jean Hobler
                                                                                    JEAN HOBLER
                                                                                    Assistant United States Attorney

ORDER

    GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of defendants Hoa Tasha Kelly, Nakesha Sharrieff and Teaona William be continued from January 10, 2011 to February 28, 2011 at 8:30 a.m. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that time is excluded time from the date of the filing of the order until the date of the status conference, February 28, 2011 .

DATED:  January 7, 2011

                                                                      WILLIAM B. SHUBB
                                                                      UNITED STATES DISTRICT JUDGE